IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION and LIBERTY INSURANCE UNDERWRITERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMR CONTRACTOR CORPORATION and SREE CONSTRUCTION COMPANY, INC. <br><br> Defendants. _____/ | No. C 08-05773 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on May 8, 2009 on Defendant Sree Construction Company, Inc's motion to dismiss or, alternatively, to stay. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 18, 2009 and a reply brief shall be filed by no later than March 25, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 4, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE