IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION AND LIBERTY INSURANCE UNDERWRITERS,<br><br>Plaintiffs,<br><br>v.<br><br>IMR CONTRACTOR CORPORATION AND SREE CONSTRUCTION COMPANY, INC.,<br><br>Defendants.<br>_____ / | No. C 08-05773 JSW<br><br>**ORDER REQUIRING STATUS REPORT** |

On April 14, 2009, this Court issued an Order staying this case and requiring the parties to file joint status reports on the status of the *Banuelos v. SREE Construction* action every 90 days. The parties filed a joint status report on July 14, 2009, and the parties' second report was due on October 12, 2009. To date, the parties have not filed their second joint status report. Accordingly, it is HEREBY ORDERED that the joint status report shall be due on November 6, 2009, and the parties shall resume filing joint status reports every 90 days thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: October 26, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE